FILED IN CLERK'S OFFICE
U.S.D.C.  Newnan

JAN 2 0 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Newnan Division

## 1:26-CV0309

)
)    Case No. _____
)
)              (to be filled in by the Clerk's Office)
)
)
Andy Desty
)
_____    )
Plaintiff(s)                       )    Jury Trial:  (check one)   ☒ Yes   ☐ No
(Write the full name of each plaintiff who is filing this complaint.    )
If the names of all the plaintiffs cannot fit in the space above,       )
please write "see attached" in the space and attach an additional       )
page with the full list of names.)                                      )
-v-                                )
)
)
)
)
)
)
City of Conyers                    )
_____    )
Defendant(s)                       )
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Andy Desty |
| Street Address | 227 Spring Creek Way |
| City and County | Douglasville |
| State and Zip Code | GA 30134 |
| Telephone Number | 404-957-2969 |
| E-mail Address | godkeyboard@gmail.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CITY OF CONYERS |
| Job or Title *(if known)* | |
| Street Address | 901 O'Kelly Street |
| City and County | Conyers |
| State and Zip Code | 30012 |
| Telephone Number | 770-929-4226 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

⊠ Federal question         ⊠ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. Const., Amend. I...
U.S. Const., Amend. IV...
U.S. Const., Amend. V...
U.S. Const., Amend. XIV...
42 U.S.C. § 1983...
42 U.S.C. § 1985...
5 U.S.C. § 552a (b)(g)...
31 C.F.R. § 225.4(b)...
26 U.S.C. § 149 ...
5 U.S.C. § 3331...
28 U.S.C. § 1331...
15 U.S.C. § 1681 s-2 (a)(1)(A)(B)...
26 U.S.C.§ 2032 (e) 11 ...
Federal Rule of Civil Procedure Rule 37...
Federal Rule of Civil Procedure Rule 12(a)(1)(C) ...
Federal Rule of Civil Procedure Rule 5(a)(1)(E)(2)....
Article I of the U.S. Const. § 9 Clause 3, Section 10 Clause 1
Article IV of the U.S. Const. Section 1, Section 2 Clause 1 ...
Federal Tort Claims Act (FTCA) Ch. 646, Title IV, 60 Statutes at Large 812
(Public Law 79-601)....
Federal Tort Claims Act (FTCA) 28 U.S.C. Part VI Chapter 171...
Federal Tort Claims Act (FTCA) 28 U.S.C. §1346(b)...
Federal Tort Claims Act (FTCA) 28 U.S.C. § §1402(b)...
Federal Tort Claims Act (FTCA) 28 U.S.C. §2401(b)...
Federal Tort Claims Act (FTCA) 28 U.S.C. §2671-2680...
Kolender v. Lawson, 461 U.S. 352 (1983)
Shuttlesworth v. Birmingham, 373 us 262 (1963)
Marbury v. Madison, 5 US (2 Cranch) 137, 174, 176 (1803)
Kent v. Dulles, 357 U.S. 116, 125-127 (1958)
Katz v. United States, 389 U.S. 347 (1967)
Bell v. Burson, 402 U.S. 535 (1971)
Murdock v. Pennsylvania, 319 U.S. 105 (1943)
Sherar v. Cullen, 481 F 945 (1973)
California v. Farley, 98 Cal. Rep. 89 20 CA 3d 1032 (1971)
Rodriguez v. Ray Donovan (U.S. Department of Labor), 769 F.2d 1344, 1348 (1985)
Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 169 N. E.22 (1929)
People v. Lopez Ca. Rptr., 47, 254 C.A.2d 185 (1967)
Maner v. Dykes, 183 GA 118, 187 S.E. 699, 702 (1936)
Owen v. City of Independence, 100 S.C.T. 1398, 445 US 622 (1980)
Penhallow v. Doane's Administrators, 3 US 54; 1 L.Ed. 57; 3 Dall. 54, (1795)

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*   See the Complaint _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)*    See the Complaint    _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

It is therefore reasserted that an extraordinary remedy or compensation for the past flagrant errors, and damages brought in this case due to the City of Conyers's erroneous acts, with all the Petitioner's financial loss, unrelenting exhaustion, emotional distress, suffering and pain, this Honorable Court must respectfully and immediately grant and reward Petitioner, Andy Desty, his request of around $48 Million Dollars as payment from City of Conyers without having Petitioner to wait to initiate a separate lawsuit on the City of Conyers.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See the Complaint attached to find Statement of Claim in the section "CLAIMS AND RELIEF SOUGHT."

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See the Complaint attached to find Statement of Claim in the section "CLAIMS AND RELIEF SOUGHT."

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _____

Signature of Plaintiff      See the Complaint _____

Printed Name of Plaintiff   See the Complaint _____

### B.    For Attorneys

Date of signing:    _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

1:26-CV0309

No._____.

IN THE

# 𝔘nited 𝔖tates 𝔇istrict 𝔠ourt

For The Northern District of Georgia, Newnan Division

ANDY DESTY

*Petitioner-Plaintiff,*

*v.*

CITY OF CONYERS

*Respondent-Defendant.*

## COMPLAINT AS A CLASS ACTION LAWSUIT

## COMPLAINT AGAINST THE CITY OF CONYERS FOR STEALING, FALSE ARREST, VIOLATING AMERICAN CITIZENS' RIGHTS, ABUSE, VIOLATING CONSTITUTIONAL CONSTRAINTS AND THE LAWS OF THE UNITED STATES.

ANDY DESTY
*Sui Juris of Record*
227 Spring Creek Way,
Douglasville, GA [30134]
(404) 957-2969
godkeyboard@gmail.com
*Representing Self as Petitioner in Good Faith*

*January 13, 2026*

24027609-1 Document No.
Of the United States of America,
Department of State,
Office of Authentication.

## QUESTIONS PRESENTED

1- **Has** the authority or ruling of the United States Supreme Court in *Kolender v. Lawson*, 461 U.S. 352 (1983), been extinguished or overruled by the *City of Conyers* or the *Conyers Municipal Court*, permit the *City of Conyers* to use city ordinance to abuse, to use force to falsely arrest American citizens without any warrant, without due process of law decisions, merely for refusing to present identification?

2- **Has** the authority or ruling of the United States Supreme Court in *Marbury v. Madison,* 5 US (2 Cranch) 137, 174, 176 (1803), been extinguished or overruled by the *City of Conyers* or the *Conyers Municipal Court for the County of Rockdale, State of Georgia* in depriving Americans of their rights secured and guaranteed by the United States Constitution and its Supreme Court's rulings and decisions without due process of law?

3- **Has** the authority or ruling of the United States Supreme Court in *Shuttlesworth v. Birmingham*, 373 us 262 (1963); *Kent v. Dulles*, 357 U.S. 116, 125-127 (1958); *Katz v. United States*, 389 U.S. 347 (1967); and *Bell v. Burson*, 402 U.S. 535 (1971), been extinguished or overruled by the *City of Conyers*, permit the *City of Conyers* to order their own police officers to use force and falsely arrested the above-named Petitioner without any warrant, without probable cause, and without due process of law decisions?

4- **Has** the authority or ruling of the Supreme Court in *Murdock v. Pennsylvania*, 319 U.S. 105 (1943); *Sherar v. Cullen,* 481 F 945 (1973); and *California v. Farley,* 98 Cal. Rep. 89 20 CA 3d 1032 (1971), been overruled by the *City of Conyers*, permit the *City of Conyers* to allow police officers like officer K Gersper with badge# 564, officer Montana Archer with badge# 580, and sergeant Baron with badge# 568 from the Conyers Police Department Rockdale

County Georgia to falsely arrest American citizens and deprived them of their rights without any crime committed and violated Supreme Court's rulings and decisions without due process of law?

5- **Does** the holding of ***Penhallow v. Doane's Administrators***, 3 U.S. 54; 1 L.Ed. 57; Dall. 54 (1795), render the *City of Conyers* or *Conyers Municipal Court* corporate jurisdiction over the Petitioner in this case?

6- **Does** the *City of Conyers* or the *Conyers Municipal Court for the County of Rockdale, State of Georgia* possess a federal due process right to reverse the Supreme Court's rulings and decisions in ***Rodriguez v. Ray Donovan (U.S. Department of Labor)***, 769 F.2d 1344, 1348 (1985) and in ***Chicago Coach Co. v. City of Chicago***, 337 III. 200, 169 N. E.22 (1929), to gain validation of abusive power in their own jurisdiction and capacity to intimidate citizens and to deprive them of Privileges or Immunities, Liberty, and Freedom guaranteed in the U.S. Constitution **without** Due Process of law decisions?

7- **Do** the holdings in California Supreme Court's decision in ***People v. Lopez Ca. Rptr.***, 47, 254 C.A.2d 185 (1967), and Georgia Supreme Court's decision in ***Maner v. Dykes***, 183 GA 118, 187 S.E. 699, 702 (1936) render the *City of Conyers* or the *Conyers Municipal Court for the County of Rockdale, State of Georgia* with officer K. Gersper badge# 564, officer Montana Archer badge# 580, and Sergeant Baron badge# 568, corporate jurisdiction to unlawfully arrest American citizens with a city ordinance and to falsely accuse them of crimes that DO NOT exist without a **Corpus Delicti** (without any injured party/body)?

8- **Is** Petitioner's authenticated document No. **24027609-1** provided by the United States Department of State in relation to the ***"Full Faith and Credit Clause"*** Article IV Section I, Section 2 Clause 1 of the United States Constitution, fake?

*See* EXHIBIT E attached for reference (and Plaintiff has the original copy).

9- **Have** the authorities and decisions in the United States Supreme Court case between *Owen v. City of Independence, 100 S.C.T. 1398*, 445 US 622 (1980) and the **Takings Clause** of the Fifth Amendment for the United States Constitution, been overruled or extinguished by the *City of Conyers* or *Conyers Municipal Court*, permit the *City of Conyers* to allow officer K Gersper with badge# 564, officer Montana Archer with badge# 580, and Sergeant Baron with badge# 568 to deprive the above-named Petitioner-Plaintiff from his private properties for public use without just compensation and without due process of law decisions?

10- **Is** Petitioner-Plaintiff, Andy Desty, a free man or a slave on the land of the United States of America?

## TABLE OF CONTENTS

Page

COMPLAINT'S COVER PAGE........................................................................1
QUESTIONS PRESENTED ..............................................................................2
TABLE OF CONTENTS .................................................................................. 4
PARTIES TO THE PROCEEDING AND RULE 29.6 STATEMENT.....................5
LAWFUL CITED AUTHORITIES WITH DEFINITIONS INVOLVED.................6
CONSTITUTIONAL, STATUTORY, AND REGULATORY PROVISIONS ...............7
CONSTITUTIONAL PROVISIONS WITH DEFINITIONS INVOLVED.................8
CONSTITUTIONAL CLAUSES AND PROVISIONS INVOLVED........................9
STATUTORY PROVISION INVOLVED ...........................................................9
CORPORATE DISCLOSURE STATEMENT......................................................10
JURISDICTION............................................................................................10
LAWSUIT-COMPLAINT ..............................................................................10
BACKGROUND AND STATEMENT IN AID OF THE COURT'S JURISDICTION..12
ARGUMENT ...............................................................................................20
STATEMENT OF ANY FACTS NECESSSARY TO ARGUMENT OF THE SUIT...21
REASONS FOR GRANTING THIS COMPLAINT IN FAVOR OF PETITIONER.....22
CLAIMS AND RELIEF SOUGHT...................................................................24

CONCLUSION AND PRAYER..........................................................................28
NOTICE TO CLERK OF COURT AND TO THE COURT......................................29
AFFIDAVIT OF ACKNOWLEDGEMENT..........................................................31
CERTIFICATE OF SERVICE .......................................................................31

## PARTIES TO THE PROCEEDING AND RULE 29.6 STATEMENT

The following individuals and/or corporation(s) below are the parties involved in this lawsuit:

The Petitioner-Plaintiff in this case herein is Andy Desty.

The Petitioner-Plaintiff in this case is the Defendant-in-error in the case between the *City of Conyers v. Andy Desty* (*Conyers Municipal Court Case No.* 2025-00056276).

The Respondent-Defendant in this case herein is the *City of Conyers.*

The Respondent-Defendant in this case herein is the alleged Plaintiff in the case between the *City of Conyers v. Andy Desty* (*Conyers Municipal Court Case No.* 2025-00056276).

**Officer** K. Gersper with badge# 564 from the Conyers Police Department Rockdale County Georgia, in his official capacity, **is** the police officer who made the false accusations, issued two Bills of Attainder under his own authority and unlawfully and falsely arrested Petitioner-Plaintiff without due process, with no probable cause, no crime committed.

**Officer** Sergeant Baron with badge# 568 from the Conyers Police Department Rockdale County Georgia, in her official capacity, **is** the officer who gave the order to unlawfully arrest Petitioner-Plaintiff under her own authority without due process of law, without any crime committed.

**Officer** M. Archer with badge# 580, in his official capacity, **is** the officer who witnessed all the false accusations, Petitioner's properties that were taken, and witnessed the unlawful and false arrest.

**Municipal Court** judge Michael B. Nation, in his official capacity, is the administrator who realized that, as the case raised several federal questions, his court doesn't have jurisdiction to attend to it, and quickly signed an Order dated 9/30/2025 to bind over to State Court the case between the *City of Conyers v. Andy Desty* (Case No. 2025-00056276), and since then, Petitioner did not hear a word about the case.

## LAWFUL CITED AUTHORITIES WITH DEFINITIONS INVOLVED

### Case Laws in Questions:

***Kolender v. Lawson***, 461 U.S. 352 (1983)

The United States Supreme Court ruled that *"A police officer could NOT arrest a citizen merely for refusing to present identification."*

***Shuttlesworth v. Birmingham,*** 373 us 262 (1963)

*"If a state (like the state of Georgia or Alabama or any other state) does erroneously convert basic rights into privileges and require a **license** or fee, **a citizen may ignore the license** or fee with total impunity for such exercise of a basic right."*

***Marbury v. Madison,*** 5 US (2 Cranch) 137, 174, 176 (1803)

*"All laws which are repugnant to the Constitution are null and Void."*

***Kent v. Dulles***, 357 U.S. 116, 125-127 (1958)

*"The right to travel is a part of the "liberty" of which a citizen cannot be deprived without due process of law under the Fifth Amendment."*

***Katz v. United States***, 389 U.S. 347 (1967)

*"It is unconstitutional under the fourth Amendment to conduct a search and seizure without a warrant anywhere that a person has a reasonable expectation of privacy."*

***Bell v. Burson***, 402 U.S. 535 (1971)

*"A driver's license could not be suspended without due process required by the Fourteenth Amendment. A hearing must be provided to determine the driver's eligibility for a license before it can be suspended or revoked."*

***Murdock v. Pennsylvania***, 319 U.S. 105 (1943)

*"NO state shall convert a liberty into a privilege, license it and charge a fee to it. So, a state may not impose a charge for the enjoyment of a right granted by the Federal Constitution."*

***Sherar v. Cullen,*** 481 F 945 (1973)

*"For a crime to exist, there MUST be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional right."*

***California v. Farley***, 98 Cal. Rep. 89 20 CA 3d 1032 (1971)

*"Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc., have been held to be 'non-arrestable offenses and no crime.'"*

**_Rodriguez v. Ray Donovan (U.S. Department of Labor)_**, 769 F.2d 1344, 1348 (1985)

 "_All codes, rules, and regulations are for government authorities only. All codes, rules, and regulations are unconstitutional and lacking due process._"

**_Chicago Coach Co. v. City of Chicago_**, 337 III. 200, 169 N. E.22 (1929)

 "_Travel is not a privilege requiring licensing, vehicle registration, or forced insurance._"

**_People v. Lopez Ca. Rptr._**, 47, 254 C.A.2d 185 (1967)

 "_Without Corpus Delicti, there can be NO crime. In every prose-cution for crime, it is necessary to establish the 'Corpus Delicti,' i.e. the body or elements of the crime._"

**_Maner v. Dykes_**, 183 GA 118, 187 S.E. 699, 702 (1936)

 "_A city ordinance is not law is obvious. An ordinance is defined to be a rule or regulation adopted by a municipal corporation._" (emphasis removed and citation omitted)

**_Owen v. City of Independence, 100 S.C.T. 1398_**, 445 US 622 (1980)

 "_A municipality has no immunity from liability under § 1983 flowing from its constitutional violations and may not assert the good faith of its officers as a defense to such liability. Pp. 445 U. S. 635-658._"

**_Penhallow v. Doane's Administrators_**. 3 US 54; 1 L.Ed. 57; 3 Dall. 54, (1795)

NO _CORPORATE JURISDICTION OVER THE NATURAL MAN._

The Supreme Court of the United States has held that:

 "_Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with the other artificial person. The imagery, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as **any Law, Agency, Aspect, Court**, etc. can concern itself with anything other than Corporate, ARTIFICIAL PERSONS **and the contracts between them.**_" S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54).

## CONSTITUTIONAL, STATUTORY, AND REGULATORY PROVISIONS

U.S. Const., Amend. I........................................................................ _passim_

U.S. Const., Amend. IV...................................................................... _passim_

U.S. Const., Amend. V....................................................................... _passim_

U.S. Const., Amend. XIV.................................................................... _passim_

42 U.S.C. § 1983.............................................................................. _passim_

42 U.S.C. § 1985..............................................................................._passim_

5 U.S.C. § 552a (b)(g)......................................................................*passim*

31 C.F.R. § 225.4(b)........................................................................*passim*

26 U.S.C. § 149 ..............................................................................*passim*

5 U.S.C. § 3331................................................................................*passim*

28 U.S.C. § 1331..............................................................................*passim*

15 U.S.C. § 1681 s-2 (a)(1)(A)(B)...................................................*passim*

26 U.S.C.§ 2032 (e) 11 ...................................................................*passim*

Federal Rule of Civil Procedure Rule 37.......................................*passim*

Federal Rule of Civil Procedure Rule 12(a)(1)(C) ........................*passim*

Federal Rule of Civil Procedure Rule 5(a)(1)(E)(2)......................*passim*

Article I of the U.S. Const. § 9 Clause 3, Section 10 Clause 1 .....*passim*

Article IV of the U.S. Const. Section 1, Section 2 Clause 1 .........*passim*

Federal Tort Claims Act (FTCA) Ch. 646, Title IV, 60 Statutes at Large 812 (Public Law 79-601)................................................................*passim*

Federal Tort Claims Act (FTCA) 28 U.S.C. Part VI Chapter 171.................*passim*

Federal Tort Claims Act (FTCA) 28 U.S.C. §1346(b)....................*passim*

Federal Tort Claims Act (FTCA) 28 U.S.C. § §1402(b)..................*passim*

Federal Tort Claims Act (FTCA) 28 U.S.C. §2401(b).....................*passim*

Federal Tort Claims Act (FTCA) 28 U.S.C. §2671-2680................*passim*

## CONSTITUTIONAL PROVISIONS WITH DEFINITIONS INVOLVED

**The** First Amendment to the United States Constitution provides in relevant part:

*"Congress shall make NO law respecting an establishment of religion or prohibiting the free exercise thereof. The practice of any form of worship cannot be compelled by laws."* **U.S. Const. amend. I**

**The** Fourth Amendment to the United States Constitution provides in relevant part:

*"The right of the people to be secure in their persons (themselves), houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and NO Warrants shall issue, without due process of law supported by Oath or affirmation."* **U.S. Const. amend. IV.**

**The** Fifth Amendment to the United States Constitution provides in relevant part:

*"No person shall be deprived of life, liberty, or property, without due process of law."* **U.S. Const. amend. V.**

**The** Fourteenth Amendment to the United States Constitution provides, in relevant part:

*"No State shall ... deprive or deny to any person within its jurisdiction the equal protection of the laws without Due Process of law decision, neither life, liberty, nor property."* **U.S. Const. amend. XIV, § 1.**

## CONSTITUTIONAL CLAUSES AND PROVISIONS INVOLVED

***The Free Exercise Clause***, under the U.S. Const. Amend I ........................... *passim*

*"**Congress** shall make NO law respecting an establishment of religion or prohibiting the free exercise thereof. The practice of any form of worship cannot be compelled by laws. (The Bill of Rights)"*

***The Due Process Clause***, under the U.S. Const. Amends V, XIV ................. *passim*

*"**No** person shall be **deprived** of life, liberty (liber- ty), or prop- erty, without due process of law. (The Bill of Rights)"*

***The Equal Protection Clause***, under the U.S. Const. Amend. XIV ................. *passim*

*"**No** state can deny equal protection of the law to any- one within its jurisdiction, without due process of law. (The Bill of Rights)"*

***The Privileges and Immunities Clause***,

under Article IV § 2 Cl.1 of the U.S. Const. .............................................. *passim*

*"**No** state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States and of the State wherein they reside, without due process of law. (The Bill of Rights)"*

***The Full Faith and Credit Clause***,

under Article IV Section I, Section 2 Clause 1 of the U.S. Const. .................. *passim*

*"**All** States within the United States have to respect the public acts, records, and judicial proceedings of every other state where Full Faith and Credit shall be given." (The Bill of Rights)"*

## STATUTORY PROVISION INVOLED

### 42 U.S.C. § 1983

*Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Terri- tory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the depriva- tion of any rights, privileges, or immunities secured by the Constitu- tion and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.*

## CORPORATE DISCLOSURE STATEMENT

The City of Conyers is a corporation/agency that has over it, Connie Alsobrook, as the agency's current Mayor in her official capacity, and Isabel Rogers, as the current CFO in her official capacity, and Kameron Kelly, as the City Manager in her official capacity. The agency was founded in December 1847 in the State of Georgia, United States. The agency City of Conyers projected an alleged annual revenue for 2025 of approximately $100,732,413.00 Million as its total assets, and has no parent company and no public held corporation holds 10% or more of its shares. (**see** https://www.conyersga.com/home/showpublisheddocument/5532/6390112384622300 00 at page 17-18 )

## JURISDICTION

**The** jurisdiction of the United States District Court for the Northern District of Georgia is invoked [in- voked] under 28 U.S.C. § 1331 and under 18 U.S.C. § 3231 to attend to this case and decide it lawfully and in truth as the Court shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States, and exclusive of the courts of the States, of all offenses against the laws of the United States.

## LAWSUIT-COMPLAINT

**This** Lawsuit in Complaint against the *City of Conyers* presented and filed in this United States District Court for the Northern District of Georgia arises under the Constitution for the United States, and is submitted under 28 U.S.C. § 1331, under 18 U.S.C. § 3231, under the Civil Right Act ("CRA") codified in 42 U.S.C. § 1983 and 1985, under the Privacy Act codified in 5 U.S.C. § 552a (b)(g), and under all the laws

stated above for stealing, false arrests, abuses, deprivation of rights and properties, violation of the Constitution for the United States of America.

The *City of Conyers'* actions in this case raised several federal questions, violations, and concerns under the United States Constitution and the laws of the United States, and **therefore**, under the Federal Tort Claims Act (FTCA) and State Tort Claims Acts codified in Ch. 646, Title IV, 60 Statutes at Large 812 (Public Law 79-601), 28 U.S.C. Part VI Chapter 171, 28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680, and under the federal Civil Right Act ("CRA") codified in 42 U.S.C. § 1983 and 1985, under the Privacy Act codified in 5 U.S.C. § 552a (b)(g), under the United States Constitution and its Supreme Court's rulings and decisions stated above, the Petitioner-Plaintiff, Andy Desty, is suing the *City of Conyers* for Pain and Suffering Damages, for false arrests, abuses, for stealing, for property damages, for violation and deprivation of rights and properties.

**Pursuant to** 28 U.S.C. § 1331, this Court's jurisdiction **is invoked** to decide this case in favor of the Petitioner-Plaintiff, Andy Desty, against the *City of Conyers* and MUST remain INVIOLATE.

Furthermore, **pursuant to** 28 U.S.C.§ 1332 (a)(2)(C)(1), this Court's jurisdiction is also invoked to decide this case in favor of Petitioner-Plaintiff, Andy Desty, as the matter in controversy in this case exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of a state where Petitioner-Plaintiff, Andy Desty, as an American citizen domiciled on the land of the State of Georgia, and where the *City of Conyers* as a corporation shall be deemed to be a citizen of every State including the

State of Georgia by which it has been incorporated and has its principal place of business.

Petitioner in this case has deposited and recorded and has made public his Notices and Records in the United States Court System to all government officials and to all civilians on earth as notice and have been accepted and recorded. Full Faith and Credit have been given in each State to the Public Acts, Records, and judicial Proceedings of every other State, and by general Laws, the Manner in which such Acts, Records and Proceedings have been proved and the Effect thereof. After the United States of America sworn that this Petitioner-Plaintiff Andy Desty's documents presented in this case are true and are under the Seal of the United States of America to all these documents shall come, and that such Seal on this Petitioner's documents is entitled to Full Faith and Credit, this Petitioner-Plaintiff, Andy Desty, therefore, is entitled to all Privileges and Immunities in the several States. (*See* **Article IV Section I, Section 2 Clause 1** and EXHIBIT E attached for evidence)

**WHEREFORE,** this Court's jurisdiction is in- voked under the United States laws stated above to attend to this case and decide it in favor of the Petitioner-Plaintiff, Andy Desty, against the Respondent-Defendant, City of Conyers.

## BACKGROUND AND STATEMENT IN AID OF THE COURT'S JURISDICTION

**On September 23, 2025**, around 10 pm, Petitioner-Plaintiff, Andy Desty, was conducting and working on a religious work activity peacefully inside his automobile which was parked at an undisturbed spot somewhere in Conyers Georgia, after leaving a library that was close by, trying to ready and to finish his music worship activities for work related which he started at the library nearby, and an officer from

the Conyers Police Department in Conyers, Georgia under the name of K. Gersper with badge# 564 approached Petitioner's vehicle and interfaced with Petitioner and aggressively started asking questions to Petitioner while Petitioner was remained calm and respectful. Officer Gersper asked Petitioner what was he doing in his vehicle at this time of the night. Petitioner calmly responded to officer Gersper that he was finishing his work related to his religious church music and worship activities. The Petitioner respectfully asked officer Gersper if there was any problem. Officer Gersper responded with so much anger, where Petitioner even believed that the officer was under the influence or under drug or something. Officer Gersper started making false accusations right on the spot against Petitioner who was peacefully seated in his vehicle, and demanded Petitioner to identify himself where there was no crime committed, no one injured, no probable cause existed, and no contract between the Petitioner and the City of Conyers existed.

Just to avoid problems and wasting more time, Petitioner identified himself by handling a copy of his American passport including a copy of his authenticated birth certificate document provided from the United States Department of State. Officer Gersper still refused to accept the lawful documents the Plaintiff provided to him. Officer Gersper repeatedly stated several times that the Petitioner's American passport copies and his Authenticated birth certificate from the United States Department of State were fake and started to force Petitioner to provide him under duress a driver's license, which conflicts with the United States Supreme Court's rulings and decisions in **Shuttlesworth v. Birmingham,** 373 us 262 (1963); **Kolender v. Lawson**, 461 U.S. 352 (1983), **The Full Faith and Credit Clause**, under Article IV Section I, Section 2 Clause 1 of the U.S. Constitution, and **The** First Amendment to the United States Constitution, which stated that *"Congress shall make NO law respecting an establishment of religion or **prohibiting the free exercise thereof. The practice of any form of worship cannot be compelled by laws.**"*

Petitioner asked Officer Gersper to identify himself upon request and requested to see a supervisor on the spot. Astonishingly, officer Gersper responded to Petitioner that his supervisor was already there, which in a way sounded like an ambush to either kill or hurt the Petitioner. Again, the Petitioner demanded to speak with the supervisor. Upon arrival, Officer Gersper shouted with a loud voice to the supervisor and said "Sovereign" meaning that there is a Sovereign citizen in the vehicle when the Petitioner never mentioned anything about the word "Sovereign" to anyone who was on the seen that night. Now with the sovereign citizen memo to the supervisor, the supervisor approached Petitioner with bad attitudes, accompanied with another officer under the name of Montana Archer with badge# 580 who witnessed all the unlawful actions that occurred that night. After the supervisor approached the Petitioner, she began to ask Petitioner racist questions about his personal life and place of birth that seriously had nothing to do with this kind of unlawful interference. Officer Gersper handed over Petitioner's documents to the supervisor which she also refused to accept and believe the lawful evidence the Petitioner lawfully presented that night.

The Plaintiff remained calm, respectful, and was defending his constitutional rights and uphold his United States Constitutional rights supported by the Supreme Court of this land. Petitioner asked the supervisor to identify herself, and rudely enough and after, she identified herself under the name of Sergeant Baron with badge# 568.

In this legal manifestation of this action, Petitioner-Plaintiff, Andy Desty, is not an artificial person and doesn't have any contract whatsoever with the officers who were presented that night, nor the police department they worked for, nor the City of Conyers where the unlawful action occurred, which clearly violated the United States Supreme Court's ruling and decision in ***Penhallow v. Doane's Administrators.*** 3 US 54; 1 L.Ed. 57; 3 Dall. 54, (1795) stated above.

To make the true story short, the Petitioner asked Sergeant Baron what was the probable cause of this interference and this action. The Sergeant failed to provide an answer, and instead, Sergeant Baron asked Petitioner does he watch a lot of none sense videos on YouTube about sovereign citizen. Right at the moment, Petitioner realized that this unlawful action was not going anywhere the law had been decided and ruled. And at that moment, Petitioner decided not to answer any more questions from the officers as they were forging words and fabricated lies that they themselves could not even prove. The action violates the Civil Rights Act codified in 42 U.S.C. § 1983, and the Federal Tort Claims Act (FTCA) codified in Ch. 646, Title IV, 60 Statutes at Large 812 (Public Law 79-601), 28 U.S.C. Part VI Chapter 171, 28 U.S.C. §1346(b), §1402(b), §2401(b), and §§2671-2680.

The same night, the officers conspired together and unlawfully and falsely arrested and kidnapped Petitioner without ANY PROBABLE CAUSE, NO CRIME COMMITTED, NO CORPUS DELICTI, and WITHOUT DUE PROCESS OF LAW DECISIONS just because Petitioner mentioned to the officers that **pursuant to** the United States Supreme Court's ruling and decision in ***Shuttlesworth v. Birmingham,*** 373 us 262 (1963), Petitioner doesn't need a driver's license to operate a motor vehicle in any state including the State of Georgia, and that the Supreme Court made it clear that for a crime to exist there MUST be an injured party or a Corpus Delicti, and that the City of Conyers or any police officer CANNOT pass a city ordinance to make any unlawful arrest in regards to this action or in such similarities.

See ***Shuttlesworth v. Birmingham,*** 373 us 262 (1963); and ***California v. Farley,*** 98 Cal. Rep. 89 20 CA 3d 1032 (1971); and ***Chicago Coach Co. v. City of Chicago,*** 337 III. 200, 169 N. E.22 (1929); and ***Sherar v. Cullen,*** 481 F 945 (1973); and ***Maner v. Dykes,*** 183 GA 118, 187 S.E. 699, 702 (1936) for evidence.

They impounded Petitioner's vehicle without Due Process of law decisions. They stole several properties and damaged one property that were rightfully and

lawfully belonged to the Petitioner-Plaintiff, Andy Desty. One of the properties which was unlawfully taken by the City of Conyers was a firearm with Make and Model Taurus PT99AF Cal. 9MM SW. TSG81404, which was later returned to Petitioner by the Conyers Police Department. (*See* EXHIBIT L attached for evidence). And among the other properties were:

1- A men's watch was stolen on the scene the night of September 23, 2025.

2- A big expensive **ring** that was very special to Petitioner, was also stolen.

3- 3 expensive colognes for men were stolen on the scene the night September 23, 2025.

4- A pair of Versace sunglasses were stolen on the scene the same night.

5- Petitioner's money was stolen from his wallet inside the kidnappers' facility the night of the first false arrest, which was December 20, 2024.

6- Petitioner's phone was damaged inside the kidnappers' facility the night of the first false arrest, which was December 20, 2024.

Petitioner-Plaintiff demanded that ALL PROPERTIES STOLEN MENTIONED ABOVE BE RETURNED TO PETITIONER IMMEDIATELY AT THE PLAINTIFF'S ADDRESS IDENTIFIED BELOW AFTER THE FILING OF THIS COMPLAINT.

Andy Desty, 227 Spring Creek Way, Douglasville, GA 30134

To continue, they unlawfully searched Petitioner's vehicle WITHOUT A WARRANT and WITHOUT PETITIONER'S CONSENT. They searched for his mails, his court documents, his religious documents, and stole several of his properties that were in the vehicle that night. They falsely arrested Petitioner without Due Process of Law decisions and took him to a facility where they also kept several other victims. The Petitioner was tortured in handcuffs and all his civil rights guaranteed by the

Constitution were violated by the *City of Conyers* including his Privileges and Immunities and his Full Faith and Credit that were given to him.

Upon arrival to the kidnappers' facility, they typically stripped Petitioner naked to create embarrassment and a scene of shame. The action of stripping Petitioner of his clothes symbolized the stripping away his dignity and Freedom that were guaranteed by the Declaration of Independence of the United States of America in the BILL OF RIGHTS. Further, they forced Petitioner-Plaintiff to provide his personal information to them including his social security number and threatened Petitioner to take and actually took his fingerprints and his medical record under duress and allowed another gang partners of theirs under the name of **Inmate Affairs** and **the Georgia Gazette LLC** with https://thegeorgiagazette.com and other telephone number 770-278-8209. The Georgia Gazette LLC took Petitioner's fingerprints and his pictures and published them on the internet WITHOUT THE PETITIONER'S CONSENT and WITHOUT ANY CONTRACT. The *City of Conyers* conspired with the Conyers Police Department and took a ransom from Petitioner for his release (*See* EXHIBIT I attached for evidence).

These actions were unconstitutional as they violated Petitioner's constitutional rights and the Rule of Law: The Second Amendment, the Fourth Amendment, the Fifth Amendment, and the Fourteenth Amendment to U.S. Constitution. Furthermore, the actions were executed WITHOUT ANY CRIME COMMITTED, WITHOUT ANY PROBABLE CAUSE, NO CORPUS DELICTI, WITHOUT DUE PROCESS, and WITHOUT ANY CONTRACT BETWEEN BOTH PARTIES.

Petitioner's peace and freedom and right to travel and his right to practice freely his religious activities and worship were violated by the Respondent-Defendant, City of Conyers **pursuant to** THE FREE EXERCISE CLAUSE guaranteed in the United States Constitution, especially when the Petitioner clearly and respectfully explained to the officers that he did not commit any crime.

Officer K. Gersper with badge# 564, and officer Montana Archer with badge# 580, and sergeant Baron with badge# 568 violated their Oath of office as their actions conflict with the laws stated above and violated the United States Constitution codified in **Article I Section 9 Clause 3**, and **Section 10 Clause 1**.

The Officers failed to provide any lawful reason(s) that could support their unlawful actions, their traffic citations, which clearly violated the Supreme Court's decisions in *Kolender v. Lawson*, 461 U.S. 352 (1983); *Bell v. Burson*, 402 U.S. 535 (1971); *Murdock v. Pennsylvania*, 319 U.S. 105 (1943); *Sherar v. Cullen*, 481 F 945 (1973); and *Rodriguez v. Ray Donovan (U.S. Department of Labor)*, 769 F.2d 1344, 1348 (1985); and in *Maner v. Dykes*, 183 GA 118, 187 S.E. 699, 702 (1936).

Furthermore, the actions were unconstitutional as they were proven by the silence of the Respondent where they failed to provide their proof of claims that:

1. Their court was an Article III Court with an Article III Judge presiding.
2. They had a verified Complaint sworn and affirmed under Penalty of Perjury by one of the People.
3. Their court was a court of competent jurisdiction where one can hear Law or rationale.
4. There was an injured party in this action and that a crime truly existed and has been committed **pursuant** to *Sherar v. Cullen*, 481 F 945 (1973); and *People v. Lopez Ca. Rptr.*, 254 C.A.2d 185 (1967).

5. Under the 7th Amendment to the United States Constitution, the Petitioner-Plaintiff, Andy Desty, would have a Trial by Jury, and NOT a JURY TRIAL.

6. The Plaintiff will face and confront his accuser and not third-party representative that would conflict with the Supreme Court's decision in the case of *People v. California Protective Corporation*, **76 Cal. App. 354, 244 Pac. 1089.**

7. They had the authority to overrule the Supreme Court's decisions and rulings in *Kolender v. Lawson*, 461 U.S. 352 (1983), *Bell v. Burson*, 402 U.S. 535 (1971), *Murdock v. Pennsylvania*, 319 U.S. 105 (1943), *Rodriguez v. Ray Donovan (U.S. Department of Labor)*, 769 F.2d 1344, 1348 (1985), *California v. Farley*, 98 Cal. Rep. 89 20 CA 3d 1032 (1971), *Chicago Coach Co. v. City of Chicago*, 337 Ill. 200, 169 N. E.22 (1929); *Schuttlesworth v. Birmingham*, Alabama, 373 US 262 (1963); *Sherar v. Cullen*, 481 F 945 (1973).

8. All Plaintiff's unalienable rights and freedoms will be protected under substantive due process by the United States of America Constitution 1787.

The City of Conyers' action of interference with the Petitioner-Plaintiff, Andy Desty, who is a natural man alive, violated the United States Supreme Court's ruling and decision in ***Penhallow v. Doane's Administrators.*** 3 US 54; 1 L.Ed. 57; 3 Dall. 54, (1795) as there was no contract signed between this Petitioner and this Respondent.

The City of Conyers has a long history of abusing American citizens by violating their God-given rights even guaranteed and secured in the U.S. Constitution. On December 20, 2024, the same scenario of abuse and false arrest and kidnapping happened the first time by the City of Conyers in their interference with this Petitioner-Plaintiff, Andy Desty, without due process of law decisions, with no probable cause, no injured body, no crime committed. The

City of Conyers action the first time to this Petitioner almost got this Petitioner killed. The City of Conyers falsely arrested and kidnapped the Petitioner merely just because Petitioner refused to identify himself, which action conflict and violated Supreme Court's decision in *Kolender v. Lawson*, 461 U.S. 352 (1983). During that night, the Respondent put their hands on Petitioner and hit him on his own vehicle, they tortured Petitioner before they kidnapped him and took him to their facility without any probable cause, without due process, without anyone injured, and without any crime committed. Respondent pulled a gun on Petitioner while Petitioner was inside of their facility. Respondent almost got Petitioner killed inside of the facility where Respondent captured Petitioner.

## ARGUMENT

As it clearly shows, there are many constitutional and federal issues that are addressed in this lawsuit as Petitioner-Plaintiff, Andy Desty, claims in this case.

**On September 26, 2025**, Petitioner mailed a Motion to Dismiss to the City of Conyers and a Demand to Return Properties Taken from the Petitioner under F.R.C.P. Rule 5(a)(b) and Rule 12(a)(1)(C) via FedEx tracking numbers 884757221382 / 884757555780. The United States Department of Justice also had copy of such document. The City of Conyers has failed to response to Petitioner's Motion to Dismiss, but instead bind the case over to state court and never heard from state court since then. (*See* EXHIBITS A, G attached for evidence)

**On October 13, 2025**, the Petitioner mailed a Notice of Default with a Declaration of Default and an Affidavit of Verification of Notice of Default to the *City of Conyers* via FedEx tracking number 885143886405. The City of Conyers received the Notice of

Default and did not provide any response. (*See* EXHIBIT B attached for evidence and F.R.C.P. Rule 5 and Rule 12)

**On October 15, 2025**, the Petitioner responded in opposition to the City of Conyers Motion to Bind Over to State Court, and failure to respond to Petitioner's Motion to Dismiss and Notice of Default under F.R.C.P. Rule 12 (a)(1)(B)(C) and Rule 5, and Rule 37. (*See* EXHIBIT H attached for evidence)

## STATEMENT OF ANY FACTS NECESSARY TO ARGUMENT OF THE LAWSUIT

**Fact 1-** The *City of Conyers* NEVER presented to any court or to this Petitioner any evidence showing its jurisdiction that granted them authority to falsely arrest and abused the Petitioner, Andy Desty, in opposition to the United States Supreme Court's decisions in ***Kolender v. Lawson***, 461 U.S. 352 (1983), ***Shuttlesworth v. Birmingham***, 373 us 262 (1963), ***Marbury v. Madison***, 5 US (2 Cranch) 137, 174, 176 (1803), ***Katz v. United States***, 389 U.S. 347 (1967), ***Bell v. Burson***, 402 U.S. 535 (1971) ***Owen v. City of Independence, 100 S.C.T. 1398***, 445 US 622 (1980), ***The Free Exercise Clause***, under the U.S. Const. Amend I.

**Fact 2-** The *City of Conyers* is an enemy to the United States Constitution because the City of Conyers violates the Takings Clause and Due Process Clause of the Fifth and Fourteenth Amendment to the Constitution.

**Fact 3-** Petitioner, Andy Desty, cannot be deprived of properties without due process of law, nor shall his private properties be taken for private economic use or public use without just compensation.

**Fact 4-** The *City of Conyers* should not furnish personal information related to the Petitioner to third-parties, as Petitioner knows or has reasonable cause to believe that information reported is inaccurate and unlawful. *See* 15 U.S.C. § 1681 s-2 (a)(1)(A)(B).

**Fact 5.** If the City of Conyers made it clear that it had the authority violate the Petitioner's due process right and all the laws stated above in support of the Petitioner, City of Conyers MUST provide to this Court in writing under penalty perjury how and where it gets this authority from.

### REASONS FOR GRANTING THIS COMPLAINT/LAWSUIT
### IN FAVOR OF THE PETITIONER, ANDY DESTY

I.  **The City of Conyers Municipal Court's Order Signed by Judge Michael B. Nation in the Lower Court (EXHIBIT G) to Bind Over State Court, Trying to Avoid to Respond to Petitioner's Motion to Dismiss, Permit the City of Conyers to Rely on a Statutory Regime which Contemplated Respondent's Continued Practice of Deprivation of Rights, Privileges and Immunities, which Unfairly Privileges it over other Litigants.**

In allowing the *City of Conyers* to continue to interface or to interfere with the American people including this Petitioner with no contract standing, the *City of Conyers* de- prived Petitioner, Andy Desty, of his only vehicle for protecting him of his rights, his inter- ests to his life, his freedom, his privileges and immunities in the court. Effectively, he has been denied his rights to Due Process, Equal Protection, Free Exercise, Privileges and Immunities, Full Faith and Credit in relation to his fundamental liberty rights of his real life.

The *City of Conyers* does NOT allow Petitioners like Andy Desty to chal-lenge assignments and process of Bill of Attainder in a Separation of Powers Doctrine action. ***Marbury v. Madison,*** 5 US (2 Cranch) 137, 174, 176 (1803); ***Shuttlesworth v. Birmingham,*** 373 us 262 (1963); ***Kolender v. Lawson,*** 461 U.S. 352 (1983); ***Bell v. Burson,*** 402 U.S. 535 (1971); ***California v. Farley,*** 98 Cal. Rep. 89 20 CA 3d 1032 (1971). Absent any ability to challenge assignments and processing of any unconstitutional or unlawful actions and fraud, anyone can take control of his/her liberty and immunities and rights without the ability to challenge their validities and standings. A Respondent cannot challenge its/his/her unconstitutional actions as a counterclaim or as a new matter in a Separa-tion of Powers Doc-trine. A free-dom fighter is entitled to be put on notice as to who has claims against his freedom. This is a principal that runs through the United States Constitution since its origin, and since this cannot happen in the Separation of Powers action and all the laws stated above, the remedy must be made available through other means.

Petitioner-Plaintiff, Andy Desty, asserts that the violation of ***Free Exercise, Due Process, Equal Protection, Privileges and Immunities, Full Faith and Credit*** occurred within this Respondent's Administrative process, and therefore bifurcated by the purported originating authority, the state of Georgia because clearly the state of Georgia held these practices and processes while Respondent's practices of separa-tion of powers doctrine clearly skyrocketing the system and the natural rights and liberty of the American people.

This issue is of national importance as it is com- mon practice in the developing communities in the Republic of Georgia, United States and it bifur- cates men and women and families living in the United States of America which has been deemed impermissible by way of longstanding and well-settled law of this *City of Conyers.*

For reasons set forth in these preceding sections of this Complaint, the Petitioner-Plaintiff, Andy Desty, was denied, via the City of Conyers Municipal Court or the *City of Conyers,* the ability to litigate this issue when determin- ing the merits of his substantive claims relating to the ownership and validity of the security interest in his liberty and rights.

## CLAIMS AND RELIEF SOUGHT

In ascertaining the facts necessary to establish jurisdiction, to stand and to honor the law, the *City of Conyers* must admit and accept as truth the averment and the allegations set forth in this lawsuit by Petitioner-Plaintiff, Andy Desty, against the Respondent-Defendant, the *City of Conyers,* in this case to the fact that the United States Constitution, the state and federal laws are all uncontroverted by the Respondent-Defendant's silence after their unlawful actions. All officers of any court within the United States or of the government from top rank to bottom are all creatures of the law, and they MUST be bound to obey it. They MUST have as part of their duties the power invested in them to protect life, liberty, and property.

**Petitioner-Plaintiff**, Andy Desty, claims violations in the Fourth Amendment to the United States of America when his properties were taken deprived from him without

any probable cause, without any due process of law, without any contract between both parties. So, the Fourth Amendment to the United States Constitution requires the United States government to provide Petitioner-Plaintiff just compensation. And Plaintiff's claim in this matter should not be dismissed or disregarded without prejudice per U.C.C 1-308 and without recourse.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *The Free Exercise Clause*, under the United States Constitution Amendment I, when his free exercise of religion and practice of his form of worship were compelled by the *City of Conyers'* ordinance.

**Petitioner-Plaintiff**, Andy Desty, claims violations of *The Due Process Clause*, under the U.S. Const. Amends V, XIV, where his properties were taken without compensations and without due process, and where he was unlawfully and falsely arrested and paid a ransom to be able to be released from being kidnapped by the *City of Conyers*.

**Petitioner-Plaintiff**, Andy Desty, claims violations in advance of *The Equal Protection Clause*, under the U.S. Const. Amend. XIV, that this Court cannot dismiss this lawsuit without the Equal Protection of the Law and without due process.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *The Privileges and Immunities Clause,* where the privileges and immunities of the Petitioner were violated and abridged by the *City of Conyers'* ordinance without due process.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *The Full Faith and Credit Clause*, codified in Article IV Section I, section 2 Clause 1 of the U.S. Constitution

where the Records and the Full Faith and Credit that were given to the Petition were not respected and violated without due process of law.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *Kolender v. Lawson*, 461 U.S. 352 (1983), where the City of Conyers and its police officers were not supposed to arrest or kidnap Petitioner merely for refusing to present identification when falsely arrested on December 2024 without due process of law.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *Shuttlesworth v. Birmingham*, 373 us 262 (1963), where Petitioner was falsely arrested and tortured and abused by the *City of Conyers* without due process after the State of Georgia and/or the *City of Conyers* does erroneously convert Petitioner's basic rights into privileges and required Petitioner to provide a license, and that the Petitioner ignored the request to provide the license with total impunity for such exercise of a basic right.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *Katz v. United States*, 389 U.S. 347 (1967), where the Petitioner's fourth Amendment right was violated after the *City of Conyers* conducted a search and seizure without a warrant where Petitioner has a reasonable expectation of privacy.

**Petitioner-Plaintiff**, Andy Desty, claims violations in *Murdock v. Pennsylvania*, 319 U.S. 105 (1943), where Petitioner's liberty was converted into a type of privilege and licensed it and charged a fee to it and after suspended it without due process that allowed the *City of Conyers* to violate and falsely arrested Petitioner because of such without due process of law, and without any crime committed. The City of Conyers

was NOT supposed to impose a charge for the enjoyment of a right granted by God Almighty and by the Federal Constitution.

**Petitioner-Plaintiff**, Andy Desty, claims violations in ***Rodriguez v. Ray Donovan (U.S. Department of Labor)***, 769 F.2d 1344, 1348 (1985), where Petitioner suffered abuses, false arrests, intimidations and humiliations by the City of Conyers without due process, just because these police officers of the City of Conyers failed to know that *"All codes, rules, and regulations are for government authorities only. And that also, all codes, rules, and regulations are unconstitutional and lacking due process."*

**Petitioner-Plaintiff**, Andy Desty, claims violations in ***Maner v. Dykes,*** 183 GA 118, 187 S.E. 699, 702 (1936) and ***Owen v. City of Independence, 100 S.C.T. 1398***, 445 US 622 (1980), where because Petitioner was abused and falsely arrested and tortured by the *City of Conyers* ordinance, so, Petitioner claims and declares that the *City of Conyers* has no immunity from liability under § 1983 flowing from its constitutional violations and will not assert the good faith of its officers as a defense to such liability. Pp. 445 U. S. 635-658.

**Petitioner-Plaintiff**, Andy Desty, claims violations in ***Penhallow v. Doane's Administrators.*** 3 US 54; 1 L.Ed. 57; 3 Dall. 54, (1795), where Petitioner never had a contract whatsoever with the *City of Conyers* to give them authority and jurisdiction to falsely arrest and abuse this Petitioner and seized his properties without due process. Petitioner MUST be compensated under the law for such violations by the *City of Conyers.*

**It is therefore** reasserted that an extraordinary remedy or compensation for the past flagrant errors, and damages brought in this case due to the City of Conyers's erroneous acts, with all the Petitioner's financial loss, unrelenting exhaustion, emotional distress, suffering and pain, this Honorable Court must respectfully and immediately grant and reward Petitioner, Andy Desty, his request of around $48 Million Dollars as payment from *City of Conyers* without having Petitioner to wait to initiate a separate lawsuit on the *City of Conyers*.

## CONCLUSION AND PRAYER

Based on reasoned and precedented judgments of this Honorable Court, Petitioner asserts that this case is an appropriate opportunity for this Court's consideration and resolution of several constitutional is- sues of significant public importance, and necessary to secure and maintain uniformity of decisions in this Court. This lawsuit must be GRANTED WITHOUT PREJUDICE.

WHEREFORE, Petitioner-Plaintiff, Andy Desty, prays that this Court of will uphold the Constitution of the United States and decide this case on the merits under the laws of the United States and all the laws and decisions stated above in favor of the Petitioner, Andy Desty, against the Respondent-Defendant, the City of Conyers, and respectfully prays to grant the followings WITHOUT PREJUDICE:

1- Assume jurisdiction over this matter.

2- Expedite consideration of this action **pursuant to** 28 U.S.C. § 1657 as it requires expedition in order to avoid court orders causing additional harm and damages.

3- Issue an emergency stay of the enforcement of all orders associated with the lower court's rulings.

4- Award Petitioner all applicable damages for the violations committed by the *City of Conyers.*

5- Void all associated orders and judgments due to the failure to fulfill the obligation and duty by providing proof of jurisdiction upon request and in violation of due process rights of the Petitioner.

6- Award Petitioner all fees and costs under the Equal Access to Justice Act (EAJA), as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412, and on any other basis justified under law; and

7- Grant any other and further relief as the Court deems just and proper, and

8- Demand the *City of Conyers* to return to the Petitioner, Andy Desty, at the address identified below all the properties taken by the City of Conyers the night of September 23, 2025.

## NOTICE TO THE CLERK OF COURT AND TO THE DISTRICT COURT

The Petitioner-Plaintiff, Andy Desty, demands and requests for the followings to be executed in this lawsuit/complaint:

a) The Petitioner DOES NOT WANT OR DOES NOT NEED A MAGISTRATE JUDGE TO BE ASSIGNED TO THIS CASE.

b) **Pursuant to** the Judiciary Policy, Vol. 2A, Ch. 2, Petitioner-Plaintiff, Andy Desty, hereby gives Notice to the Clerk of the U.S. District Court for the Northern District of Gorgia that District judge Steven D. Grimberg shall not attend or assign to this case.

c) The Petitioner requests to have a real judge (a different District judge) to be assigned to this case.

d) With all due respect, **pursuant to** 5 USC § 3331, the Petitioner humbly asks or requests that any judge who will be attending or assigned to this case must provide his/her Oath of office before attending to this case, and to provide

his/her Loyalty Oath and surety bond information of him/her participating in this procedure.

e) The Petitioner requests or asks that any Clerk of the Court who will be attending or assigned to this case must provide his/her oath of office **pursuant to** 5 USC § 3331.

f) Please, provide the Delegation of Authority of this Court in this case.

g) Please, provide this Court Public Hazard bonds for this case.

h) Dear Clerk of the Court, **Pursuant** to *Title 18 U.S.C. chapter 101 § 2071(b), Concealment, removal, or mutilation generally:*

You are hereby noticed that *QUOTE*

*(b)*, "*Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States.*

UNDER PENALTY OF PERJURY, I, Andy Desty, Petitioner-Plaintiff, swear, declare and certify on this 13th day of January 2026, that I am the age over 18, and this foregoing and all information provided herein are true and correct with evidence of the facts presented herein and to the applicable laws stated above.

Respectfully signed and submitted on January 13th, 2026, in the State of Georgia.

All Unalienable Rights Reserved Without Prejudice under the BILL OF RIGHTS, and U.C.C. 1-308.

*without prejudice*
*UCC 1-308*

By: _____

Andy: Desty
c/o 227 Spring Creek Way
Douglasville, Georgia [30134]
godkeyboard@gmail.com

## AFFIDAVIT OF ACKNOWLEDGEMENT

County **Fulton**        )
                         )  ss.
State Republic **Georgia**)

On this **13** day of **January**, 2026, before me, the undersigned Notary Public in and for County **Fulton**, personally appeared the above-signed, known to me to be the one whose name is signed on this instrument, and has acknowledged to me that he has executed                                           the                                           same.

Signed: **Muata Thomas-Denis**

Notary name: **Muata Thomas-Denis**

My commission expires: **9-17-2027**

(NOTARY SEAL)

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY, I, Andy Desty, Petitioner herein hereby declare and certify on this 13th day of January 2026, that this foregoing is true and correct due to evidence of the facts presented herein and to all applicable laws stated above. I hereby certify that a true and correct copy of this foregoing was filed in person and made upon the Court Clerk in person and a true copy has been provided to the Court Clerk of U.S.D.C., and to the Respondent through their attorney(s) or representative(s) of record to the referenced contact below:

**The Clerk of THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF GA**
**Lewis R. Morgan Federal Building & United States Courthouse**
18 Greenville Street
Newnan, Georgia 30263-2789
Tel: 678-423-3060

**CITY OF CONYERS**
c/o To the Representative(s) of City of Conyers
or to whom this may concern at the City of Conyers
901 O'Kelly Street
Conyers, Georgia 30012, Tel: 770-929-4226

By:  /sj/ **Andy Desty**

*without prejudice*
*UCC 1-308*

Petitioner-Movant, *sui juris*. All Unalienable Rights Reserved Without Prejudice, UCC 1-308

godkeyboard@gmail.com

Petitioner's Lawsuit Against the City of Conyers, GA – IN U.S. DISTRICT COURT · Page 31 of 31